PROB 12D
(6/05)

# UNITED STATES DISTRICT COURT

for

Delaware

## Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender:  Marquis A Lopez

Case Number:  0311 1:16CR00034-001

Name of Sentencing Judicial Officer:  Honorable Gregory M. Sleet

Date of Original Sentence:  03/11/2016

Original Offense:
Possession with Intent to Distribute Heroin
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence:  Prison 108M, TSR 48M

Type of Supervision: TSR                                          Date Supervision Commenced: 06/08/2018

## PETITIONING THE COURT

The U.S. Probation Office presented Mr. Lopez with the opportunity to waive the Modification Hearing and agree to the proposed modification of his conditions of supervision. However, he declined to agree. Since the offender did not waive his right to a hearing, this probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

> The offender shall participate in the Location Monitoring Program for a period of 90 days, utilizing GPS monitoring, and shall abide by all technology requirements. The offender is restricted to his residence (Home Detention) at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court ordered obligations, or other activities approved by the probation officer. The offender shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or officer.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Standard Condition #4: The defendant shall support his dependents and meet other family responsibilities.

Mr. Lopez has two juvenile sons who reside with him, as Mr. Lopez is their primary caregiver. Both of Mr. Lopez's sons are under the supervision of the Delaware Department of Youth Rehabilitative Services (YRS/juvenile probation). As part of their conditions of supervision, his sons were ordered to have no contact within a six-block radius of the intersection of West 2nd Street and Claymont Street, in Wilmington, DE. One of Mr. Lopez's sons was supervised utilizing GPS monitoring.

PROB 12D
(6/05)

On 10/02/18, Mr. Lopez took his sons into the no contact area past their curfew and without the permission of the YRS office. This act, in addition to other violations, led to the incarceration of Mr. Lopez's sons. On 10/12/18, this officer interviewed Mr. Lopez regarding the no contact order, and he reaffirmed that he knew about it. However, he stated that their mother lives in that area, and they should be able to see their mother. On 10/16/18, Mr. Lopez's sons were found to have violated the terms of their sentence in New Castle County Family Court.

Standard Condition #7: The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On 09/10/18, Mr. Lopez submitted to a drug test at the United States Probation Office, that yielded a positive result for marijuana. Mr. Lopez signed an admission form and verbally admitted to this officer to regularly using marijuana since August 2018. Mr. Lopez insisted that the use would not continue, and he was informed that further noncompliance would result in a sanction.

On 09/29/18, Mr. Lopez was cited by Wilmington Police Department (WPD) for possession of marijuana. The police report states that WPD conducted a motor vehicle stop on Mr. Lopez, and his son was a passenger in the vehicle. During the vehicle stop, Mr. Lopez admitted to the officer that he was in possession of marijuana. A subsequent search of the vehicle resulted in the discovery of four grams of marijuana.

On 10/01/18, this officer spoke to Mr. Lopez regarding the incident, and he admitted to the possessing marijuana. He further stated that he told the officer that the marijuana belonged to him, so his son would not get into any trouble.

Standard Condition #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On 09/01/18, Mr. Lopez was cited by Delaware River and Bay Authority with failure to maintain and failure to have insurance. Mr. Lopez did not report the incident to this officer until 09/10/18, beyond the required seventy-two hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/17/18

Reviewed by:

_____
U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ **The issuance of a summons.**

☐ Other:

_____
Signature of Judicial Officer

_____
Date