PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Delaware

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Marquis A Lopez

Case Number:   0311 1:16CR00034-001

Name of Sentencing Judicial Officer:   Honorable Gregory M. Sleet

Date of Original Sentence:   03/11/2016

Name of Reassigned Judicial Officer:  Honorable Richard G. Andrews

Date of Reassignment:  10/24/2018

Original Offense:
Possession with Intent to Distribute Heroin
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence:  Prison 108M, TSR 48M

Type of Supervision:  TSR                              Date Supervision Commenced:  06/08/2018

Assistant U.S. Attorney:   Christopher Howland. Esquire

Defense Attorney:  John Malik, Esquire

## PETITIONING THE COURT

■ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | One | Mandatory Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. <br><br> On 09/29/18, it is alleged that Mr. Lopez was discovered by the Wilmington Police Department (WPD) to be in possession of marijuana. The police report states that WPD conducted a motor vehicle stop on Mr. Lopez. His son, who is a minor,  was a passenger in the vehicle. During the vehicle stop, Mr. Lopez admitted to the officer that he was in possession of marijuana. A subsequent search of the vehicle resulted in the discovery of four grams of marijuana. |

PROB 12C
(12/04)

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | | On 10/01/18, this officer spoke to Mr. Lopez regarding the incident, and he admitted to possessing the marijuana. He further stated that he told the officer that the marijuana belonged to him, so his son would not get into any trouble. |
| | Two | Standard Condition #4: The defendant shall support his dependents and meet other family responsibilities.<br><br>Mr. Lopez has two juvenile sons who reside with him, as Mr. Lopez is their primary caregiver. Both of Mr. Lopez's sons are under the supervision of the Delaware Department of Youth Rehabilitative Services (YRS/juvenile probation). As part of their conditions of supervision, his sons were ordered to have no contact within a six-block radius of the intersection of West 2nd Street and Claymont Street, in Wilmington, DE. One of Mr. Lopez's sons was supervised utilizing GPS monitoring.<br><br>On 10/02/18, Mr. Lopez took his sons into the no-contact area past their curfew and without the permission of the YRS office. This act, in addition to other violations, led to the incarceration of Mr. Lopez's sons. On 10/12/18, this officer interviewed Mr. Lopez regarding the no-contact order, and he reaffirmed that he was aware of it. However, he stated that their mother lives in that area, and they should be able to see their mother. On 10/16/18, Mr. Lopez's sons were found to have violated the terms of their sentence in New Castle County Family Court. |
| | Three | Standard Condition #7: The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.<br><br>On 09/10/18, Mr. Lopez submitted to a drug test at the United States Probation Office, that yielded a positive result for marijuana. Mr. Lopez signed an admission form. This officer discussed the marijuana use with Mr. Lopez and he admitted to regular use since August 2018. Mr. Lopez insisted that the use would not continue, and he was informed that further noncompliance would result in a sanction.<br><br>As previously cited, on 09/29/18, Mr. Lopez was discovered by WPD to be in possession of four grams of marijuana. Mr. Lopez later admitted to this officer to possessing the marijuana.<br><br>On 11/02/18, Mr. Lopez submitted to a drug test at the United States Probation Office, that yielded a positive result for marijuana. Mr. Lopez signed an admission form. This officer discussed his use with him, and he admitted to using marijuana as recent as the day prior, after his Initial Appearance before the Court. |
| | Four | Standard Condition #11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>On 09/01/18, Mr. Lopez was cited by Delaware River and Bay Authority with failure to maintain and failure to have insurance. Mr. Lopez did not report the incident to this officer until 09/10/18, beyond the required seventy-two hours. |

PROB 12C
(12/04)

**U.S. Probation Officer Recommendation:**

■ **The term of supervision should be**

  ■ **revoked.**

  ☐ extended for ____ years, for a total term of ____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11/7/18_____

Reviewed by:

_____    _____
                              U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.
☒ **The issuance of a warrant.**
☐ The issuance of a summons.
☐ Other

_____
Signature of Judicial Officer

Nov. 7, 2018
Date